# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FILED: 5/13/11

| | |
|---|---|
| Michael Harris, | NO. CV ED 10-254 GHK (OPx) |
| **Plaintiff,** | |
| v. | JUDGMENT |
| American International Group, | |
| **Defendant.** | |

On February 18, 2011, the Court granted summary judgment against Plaintiff Michael Harris and in favor of Defendant American International Group. It is hereby adjudged that this case is **DISMISSED with prejudice**. Plaintiff shall take nothing from this claim.

**IT IS SO ORDERED**.

DATED: May 13, 2011

_____
GEORGE H. KING
United States District Judge